UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   08 CV 4521 (LAK)
LUIGI SELCA

                        Plaintiff,   **Electronically Filed**

                                          **DEFENDANTS' RULE 7.1**
        v.   **CORPORATE DISCLOSURE**
                                            **STATEMENT**

DOUGLAS ELLIMAN PROPERTY MANAGEMENT,
SOUNDVIEW MANAGEMENT LLC, SG2
MANAGEMENT, LLC, AAF SOUNDVIEW
MANAGEMENT, JOHN COLEMAN, WARREN HARR

                        Defendants.
------------------------------------------------------------------x

       Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants SOUNDVIEW MANAGEMENT LLC., SG2 MANAGEMENT, LLC., and AAF SOUNDVIEW MANAGEMENT, certify that the following are parent corporations or publicly held corporations that own 10% or more of its stock: **NONE**

DATED:    June 24, 2008
                 New York, New York

                                              HOEY, KING, TOKER & EPSTEIN
                                            Attorneys for **Defendants**
                                            **JOHN COLEMAN, SG2 MANAGMENT, LLC,**
                                            **SOUNDVIEW MANAGEMENT, LLC,  and**
                                            **AAF SOUNDVIEW MANAGEMENT**
                                            Office and Post Office Address
                                            55 Water Street, 29th Floor
                                            New York, New York 10041-2899
                                            (212) 612-4200

                                            By:  /s
                                            _____
                                              Glen H. Parker

To:

Michael Schwartz, Esq.
Attorneys for Plaintiff, Luigi Selca
122 East 42nd Street, 1616
New York, New York 10168


Douglas Elliman Property Management
675 Third Avenue, 6th Floor
New York, New York 10017


Warren Harr