DISTRICT COURT                                    COUNTY OF NEW YORK
SOUTHERN DISTRICT

---

                                                    Plaintiff,

**LUIGI SELCA**      **INDEX# 08-CV-4521**

--- AGAINST ---            **AFFIDAVIT OF SERVICE**

**DOUGLAS ELLIMAN PROPERTY MANAGEMENT ET., AL.**
                                    Defendant,

---

STATE OF NEW YORK)
                  )SS.
COUNTY OF ALBANY )

JAMES LEPORE being duly sworn, deposes and says:

That he is over the age of eighteen years and is not a party to this action.

That on the 20th day of June, 2008, he served the Summons and Complaint on SG2 MANAGEMENT LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                        JAMES LEPORE

Sworn before me this
20th day of June, 2008

LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011

DISTRICT COURT                                      COUNTY OF NEW YORK
SOUTHERN DISTRICT

---

                                                        Plaintiff,

**LUIGI SELCA        INDEX# 08-CV-4521**

--- AGAINST ---                              **AFFIDAVIT OF SERVICE**

**DOUGLAS ELLIMAN PROPERTY MANAGEMENT ET., AL.**
                                                    Defendant,

---

STATE OF NEW YORK)
                                )SS.
COUNTY OF ALBANY )

JAMES LEPORE being duly sworn, deposes and says:

That he is over the age of eighteen years and is not a party to this action.

That on the 20th day of June, 2008, he served the Summons and Complaint on SOUNDVIEW MANAGEMENT, LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                JAMES LEPORE

Sworn before me this
20th day of June, 2008

LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011