INDEX #: 08 CV 4521
Date Filed: May 15, 2008
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: I. MICHAEL SCHWARTZ, ESQ.    PH: 212-795-1125
Address: PO BOX 1296  MADISON STATION  NEW YORK  NY  10159-1296    File No.:

*LUIGI SELCA*

vs                                                                                                Plaintiff(s)/Petitioner(s)

*DOUGLAS ELLIMAN PROPERTY MANAGEMENT, ET AL*

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:        **AFFIDAVIT OF SERVICE**

Markland J. Harrison, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 26, 2008 at 3:31PM, at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036, deponent served the within Summons and Complaint, Exhibit A, Notice of Right to Sue, Rule 11(B) Statement, Judge Lewis A. Kaplan Rules and Procedures, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Debra Freeman

on: **WARREN HARR**, **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to ROSLYN DIAZ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY [X]  On June 27, 2008, deponent completed service by depositing a true copy of each document to the Defendant at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female    Color of skin: Brown    Color of hair: Black    Age: 20 - 30 Yrs.    Height: 5' 4" - 5' 8"

UNITED STATES POSTAL SERVICE
Certificate Of Mailing
This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.
From:
To:
WARREN HARR                    08016964
25 WEST 45TH STREET, SUITE 505
NEW YORK, NY 10036

PS Form 3817, April 2007  PSN 7530-02-000-9065

...ecipient.
...rvice of the United States Government or of the State
...an clothes and no military uniform.
...aid summons (es).

...land J. Harrison
...er's Lic # 1080830
...ice/Work Order # 08016964
...31-9485  WWW.SAV-ONPROCESS.COM

INDEX # : 08 CV 4521
Date Filed: May 15, 2008
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF NEW YORK**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: I. MICHAEL SCHWARTZ, ESQ.   PH: 212-795-1125
Address: PO BOX 1296  MADISON STATION  NEW YORK  NY  10159-1296   File No.:

*LUIGI SELCA*

*vs*

*DOUGLAS ELLIMAN PROPERTY MANAGEMENT, ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Markland J. Harrison, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 26, 2008 at 3:31PM, at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036, deponent served the within Summons and Complaint, Exhibit A, Notice of Right to Sue, Rule 11(B) Statement, Judge Lewis A. Kaplan Rules and Procedures, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Debra Freeman

on: **JOHN COLEMAN**, **Defendant** therein named.

#1 INDIVIDUAL ☐  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ☐  By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON [X]  By delivering a true copy of each to ROSLYN DIAZ a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business  [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY [X]  On June 27, 2008, deponent completed service by depositing a true copy of each document to the Defendant at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York and Certified Mail # _____

#6 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 20 - 30 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features:

**UNITED STATES POSTAL SERVICE®**
Certificate Of Mailing
This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.
From:

To:
JOHN COLEMAN    08016960
25 WEST 45TH STREET, SUITE 505
NEW YORK, NY 10036

PS Form 3817, April 2007 PSN 7530-02-000-9065

(tendered) to the recipient.
...ry service of the United States Government or of the State
...ilian clothes and no military uniform.
...f said summons (es).

...kland J. Harrison
...ver's Lic # 1080830
...oice/Work Order # 08016960
431-9485 WWW.SAV-ONPROCESS.COM