INDEX #: 08 CV 4521
Date Filed: May 15, 2008
Court Date: ___

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: I. MICHAEL SCHWARTZ, ESQ.   PH: 212-795-1125
Address: PO BOX 1296  MADISON STATION  NEW YORK  NY  10159-1296   File No.: ___

*LUIGI SELCA*

*vs*

*DOUGLAS ELLIMAN PROPERTY MANAGEMENT, ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Markland J. Harrison, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On June 26, 2008 at 3:31PM, at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036, deponent served the within Summons and Complaint, Exhibit A, Notice of Right to Sue, Rule 11(B) Statement, Judge Lewis A. Kaplan Rules and Procedures, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Debra Freeman

on: **AAF SOUNDVIEW MANAGEMENT**, **Defendant** therein named.

#1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering thereat a true copy of each to ROSLYN DIAZ personally, deponent knew the person so served to be the MANAGING AGENT of the corporation, and authorized to accept service on behalf of the corporation.

#3 SUITABLE AGE PERSON  By delivering a true copy of each to ___ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

#5 MAIL COPY  On ___, deponent completed service by depositing a true copy of each document to the Defendant at 25 WEST 45TH STREET, SUITE 505, NEW YORK, NY 10036 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # ___

#6 DESCRIPTION [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 20 - 30 Yrs.   Height: 5' 4" - 5' 8"
Weight: 100 - 130 Lbs.   Other Features: ___

#7 WIT. FEES  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARY SRVC  Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER

Sworn to before me on June 27, 2008

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct. 15, 2010

Markland J. Harrison
Server's Lic # 1080830
Invoice/Work Order # 08016949

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM

INDEX # : 08 CV 4521
Date Filed: May 15, 2008
Court Date: ____

UNITED STATES DISTRICT COURT
COUNTY OF NEW YORK

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: I. MICHAEL SCHWARTZ, ESQ.   PH: 212-795-1125
Address: PO BOX 1296  MADISON STATION  NEW YORK  NY  10159-1296   File No.: ____

*LUIGI SELCA*

vs

*DOUGLAS ELLIMAN PROPERTY MANAGEMENT, ET AL*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

___Charles Mon___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On ___July 1, 2008___ at ___2:40PM___, at ___675 3RD AVENUE, 6TH FLOOR, NEW YORK, NY 10017___, deponent served the within Summons and Complaint, Exhibit A, Notice of Right to Sue, Rule 11(B) Statement, Judge Lewis A. Kaplan Rules and Procedures, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Debra Freeman

on: ___DOUGLAS ELLIMAN PROPERTY MANAGEMENT___, ___Defendant___ therein named.

**#1 INDIVIDUAL** — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [X] — By delivering thereat a true copy of each to ___NEELA SUKDER___ personally, deponent knew the person so served to be the ___AGENT AUTHORIZED___ of the corporation, and authorized to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to ___ ___ a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
Address confirmed by ___

**#5 MAIL COPY** — On ___, deponent completed service by depositing a true copy of each document to the Defendant at 675 3RD AVENUE, 6TH FLOOR, NEW YORK, NY 10017 in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # ___

**#6 DESCRIPTION** [X] (use with #1, 2 or 3) — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: ___   Color of skin: __Brown__   Color of hair: __Black__   Age: __30 - 40 Yrs.__   Height: __5' 4" - 5' 8"__
Weight: __131 - 160 Lbs.__   Other Features: ___

**#7 WIT. FEES** — the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARY SRVC** — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** — The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER**

Sworn to before me on ___July 2, 2008___

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Charles Mon
Server's Lic # 921878
Invoice/Work Order # 08016947

SPS-401 B'WAY-STE.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 WWW.SAV-ONPROCESS.COM