UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x   08 CV 4521 (LAK)
LUIGI SELCA

                   Plaintiff,   **Electronically Filed**

       v.

DOUGLAS ELLIMAN PROPERTY MANAGEMENT,   **RULE 7.1 CORPORATE**
SOUNDVIEW MANAGEMENT LLC, SG2
MANAGEMENT, LLC, AAF SOUNDVIEW   **DISCLOSURE STATEMENT**
MANAGEMENT, JOHN COLEMAN, WARREN HARR

                 Defendants.
------------------------------------------------------------------x

     Pursuant to Federal Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant DOUGLAS ELLIMAN PROPERTY MANAGEMENT, certifies that the following are parent corporations or publicly held corporations that own 10% or more of its stock: **NO PUBLICLY HELD CORPORATION, Defendant DOUGLAS ELLIMAN PROPERTY MANAGEMENT is owned by Residential Management Group LLC, which is a private company.**

DATED:	August 15, 2008
	New York, New York

        HOEY, KING, TOKER & EPSTEIN
        Attorneys for **Defendants**
        **DOUGLAS ELLIMAN PROPERTY MANAGEMENT, JOHN COLEMAN, SG2 MANAGMENT, LLC, SOUNDVIEW MANAGEMENT, LLC, and AAF SOUNDVIEW MANAGEMENT**
        55 Water Street, 29th Floor
        New York, New York 10041-2899
        (212) 612-4200

        By:  /s  _____
             Glen H. Parker

To:

Michael Schwartz, Esq.
Attorneys for Plaintiff, Luigi Selca
122 East 42nd Street, 1616
New York, New York 10168


Warren Harr